# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS
### No. 13-674V
### Filed: July 1, 2015
### (Not to be published)

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| KALEIGH N. BURGERT | * | |
| nka KALEIGH N. ANSPACH | * | |
| | * | |
| Petitioner, | * | Stipulation; Hep B; |
| v. | * | Transverse Myelitis; chronic pain |
| | * | syndrome; neuropathic pain; |
| SECRETARY OF HEALTH | * | attorneys' fees & costs |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

*Simina Vourlis, Esq.,* Law Offices of Simina Vourlis, Columbus, Ohio for petitioner.
*Alexis Babcock, Esq.,* U.S. Department of Justice, Washington, DC, for respondent.

## DECISION ON JOINT STIPULATION[1]

**Gowen,** Special Master:

Kaleigh Burgert ["petitioner"] filed a petition for compensation under the National Vaccine Injury Compensation Program[2] on September 12, 2013. Petitioner alleges that she suffered from transverse myelitis [TM], chronic pain, and neuropathic pain that was caused in fact by the Hepatitis B [Hep B] vaccinations she received on July 22, 2011, and August 22, 2011. *See* Stipulation, filed July 1, 2015, at ¶¶ 2, 4. Further, petitioner alleges that she experienced residual effects of her injuries for more than six months. Stipulation at ¶ 4. Respondent denies that the petitioner's injuries were caused-in-fact by her Hep B vaccinations, and denies that the vaccines caused any other injury or her current condition. Stipulation at ¶ 6.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Nevertheless, the parties have agreed to settle the case.  On July 1, 2015, the parties filed a joint stipulation agreeing to settle this case and describing the settlement terms.

Respondent agrees to pay petitioner:

a. **A lump sum of $210,000.00 in the form of a check payable to petitioner, Kaleigh N. Burgert.**  This amount represents compensation for all damages that would be available under § 300aa-15(a); and

b. **A lump sum of $52,209.09 in the form of a check payable jointly to petitioner and petitioner's attorney, Simina Vourlis, Esq., for attorneys' fees and costs** available under § 300aa-15(e); and,

c. **A lump sum of $500.00 in the form of a check payable to petitioner for out-of-pocket expenses incurred in proceeding on the petition.**

The special master adopts the parties' stipulation attached hereto, and awards compensation in the amount and on the terms set forth therein.  The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

s/ Thomas L. Gowen
**Thomas L. Gowen**
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party filing a notice renouncing the right to seek review.

KALEIGH N. BURGERT,
*NKA KALEIGH N. ANSPACH,*

Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

Respondent.

No. 13-674V
Special Master Gowen

## STIPULATION

The parties hereby stipulate to the following matters:

1. On September 12, 2013, Kaleigh Burgert ("petitioner") filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10 to 34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to petitioner's receipt of Hepatitis B ("Hep B") vaccines, which vaccines are contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3 (a).

2. Petitioner received Hep B immunizations on July 22, 2011, and August 22, 2011.

3. The vaccines were administered within the United States.

4. Petitioner alleges that she suffered from transverse myelitis ("TM"), chronic pain syndrome, and neuropathic pain, which were caused-in-fact by her Hep B vaccinations. Petitioner further alleges that she experienced residual effects of these injuries for more than six months.

5. Petitioner represents that there has been no prior award or settlement of a civil action

-1-

for damages as a result of her injuries.

6. Respondent denies that petitioner's injuries were caused-in-fact by her Hep B vaccinations, and denies that the vaccines caused any other injury or her current condition.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payments:

a. A lump sum of $210,000.00 in the form of a check payable to petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a);

b. A lump sum of $52,209.09 in the form of a check payable jointly to petitioner and petitioner's attorney, for attorney's fees and costs available under 42 U.S.C. § 300aa-15(e); and

c. A lump sum of $500.00 in the form of a check payable to petitioner for out-of-pocket expenses incurred in proceeding on the petition.

9. Petitioner and her attorney represent that they have identified to respondent all known sources of payment for items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), including State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or entities that provide health services on a pre-paid basis.

10. Payments made pursuant to paragraph 8 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

11. The parties and their attorneys further agree and stipulate that, except for any award for attorney's fees, litigation costs and past unreimbursable expenses, the money provided pursuant to this Stipulation will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

12. In return for the payments described in paragraph 8, petitioner, in her individual capacity, and on behalf of her heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, the Hep B vaccinations administered on July 22, 2011, and August 22, 2011, as alleged by petitioner in a petition for vaccine compensation filed on or about September 12, 2013, in the United States Court of Federal Claims as petition No. 13-674V.

13. If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

14. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

-3-

15. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

16. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the Hep B vaccines caused petitioner's transverse myelitis, chronic pain syndrome, neuropathic pain, or any other injury or her current disabilities.

17. All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns.

END OF STIPULATION

Respectfully submitted.

PETITIONER:

*[signature]*

KALEIGH N. BURGERT
NKA KALEIGH N ANSPACH

ATTORNEY OF RECORD FOR
PETITIONER:

*[signature]*

SIMINA VOURLIS
Attorney for Petitioner
Law Offices of Simina Vourlis
1689 W. 3rd Avenue
Columbus, OH 43212
(614) 487-5900

AUTHORIZED REPRESENTATIVE
OF THE SECRETARY OF HEALTH
AND HUMAN SERVICES:

*[signature]*

A. MELISSA HOUSTON, MD, MPH, FAAP
Director, Division of
Injury Compensation Programs (DICP)
Healthcare Systems Bureau
U.S. Department of Health
and Human Services
5600 Fishers Lane
Parklawn Building, Mail Stop 11C-26
Rockville, MD 20857

Dated: 7/1/15

AUTHORIZED REPRESENTATIVE
OF THE ATTORNEY GENERAL:

*[signature]*

VINCENT J. MATANOSKI
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

ATTORNEY OF RECORD FOR
RESPONDENT:

*[signature]*

ALEXIS B. BABCOCK
Senior Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
(202) 616-3678